**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO ZUNIGA HERNANDEZ,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendant. | Case No.  EDCV-15-2097-R<br><br>**ORDER OF DISMISSAL** |

　　THE COURT having been advised that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  May 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge